FILED
February 9, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

# COURT OF APPEALS
# THIRD DISTRICT AT AUSTIN

### COURT OF APPEALS NUMBER 03-14-00485-CV
### TRIAL COURT CASE NUMBER 259,941-C



RECEIVED
FEB 0 9 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

### STYLE: JOHN REED JR.
### V. FARMERS INS. GROUP ET AL

## MOTION TO EXTEND TIME TO FILE BRIEF
## PURSUANT TO RULE 10.5 (b) (1)

**Appellant** states the deadline to file the brief is February 19,2015 and he request this Honorable Court to extend that time to an additional (30 three weeks at the least. The reason requested to extend the time is that a hearing for a Default Judgement has been set by the trial court for February 27, 2015 at 9: A.M., therefore appellant time is now being used to prepare for the said hearing. Appellant have been granted (2) two previous extension regarding the brief

Respectfully Submitted

JOHN REED JR.

715 SO. 32nd STREET, TEMPLE, TEXAS 76501

Wherefore , appellant request this Honorable Court to grant the requested time based upon this motion and any other relief he is entitled to including any instructions that should be given to the trial court at this time regarding the Default Hearing.

### Certification

Appellant states he have contacted the defendants counsel regarding this extension of time to file the brief and their response over the phone was they would not oppose this issue.

### Certificate Of Service

I, certify that a true and correct copy of the foregoing motion to extend time to file the brief was sent certified mail to the Third Court Of Appeals Clerk and faxed to the defendants counsel on this 5th day of Feb. 2015.

cc  KEVIN CAIN        FAX 713 222 0101

John Reed Jr.
715 So. 32nd St.
Temple, Tx. 76501

RETURN RECEIPT
REQUESTED

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL

7010 2780 0000 5701 5896

U.S. POSTAGE
PAID
TEMPLE,TX
76501
FEB 06, 15
AMOUNT
$6.49
00103480-12

1000

78711

Third Court of Appeals
P.O. Box 12547
Austin, Tx. 78711-2547